UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GJOVALIN GJERGJI

v.                                              CASE NO. 3:15-cv-1217-J-34MCR

JEH JOHNSON et al.,

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   ANY UNITED STATES MARSHAL, and

JAMES FREEMAN/or the Warden of Baker County Detention Center

It appearing from the petition of the Respondents that Gjovalin Gjergji, the Petitioner in the above entitled proceeding, is confined in Baker County Detention Facility and that said proceeding is scheduled on May 5, 2016 at 1:00 p.m., and that it is necessary for said Petitioner to be before this Court for the purpose of testifying on his own behalf.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of said Gjovalin Gjergji now detained in custody as aforesaid, under safe and secure conduct, before this Court at the United States Courthouse, Jacksonville, Florida, on May 5, 2016, by or before 1:00 p.m., for the purpose of testifying in the above proceeding, and upon completion of his testimony that you return him with all convenient speed, under safe and secure conduct, to the custody of James Freeman or the Warden of Baker County Detention Facility.

And this is to command you, James Freeman, or the Warden of Baker County Detention Facility, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said Gjovalin Gjergji for safe and secure conduct to this district for the purpose aforesaid.

DONE and ORDERED at Jacksonville, Florida, this 3rd day of May, 2016

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE