UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GJOVALIN GJERGJI,

    Petitioner,

vs.                                                                               Case No.:   3:15-cv-1217-J-34MCR

JEH JOHNSON, SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.
_____/

## ORDER GRANTING PETITIONER'S "MOTION FOR RESPONDENT'S ADMINISTRATIVE FILE TO BE BROUGHT BEFORE THE COURT"

Petitioner's unopposed "Motion for Respondent's Administrative File to be Brought Before the Court" (Doc. 25) is **GRANTED**.

It appearing that Petitioner's administrative file (A-file # 096–275–208) is in the possession of United States Immigration and Customs Enforcement (ICE) at the Baker County Detention Facility, and that this case is set for a hearing on **Thursday, May 5, 2016 at 1:00 p.m.**, and that it is necessary for the file to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you bring Petitioner's ICE administrative file before this Court at the United States Courthouse, Jacksonville, Florida, on May 5, 2016, by or before 1:00 p.m., for the purpose of the hearing being conducted on that day, and upon completion of the hearing, that you return the file to the custody of James Freeman or the Warden of Baker County Detention Facility.

And this is to command you, James Freeman, or the Warden of Baker County Detention Facility, to deliver into the custody of any United States Marshal, the ICE administrative file of Petitioner Gjovalin Gjergji.

DONE and ORDERED at Jacksonville, Florida this 4th day of May, 2016.

MONTE C. RICHARDSON
United States Magistrate Judge