**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GJOVALIN GJERGJI,

    Petitioner,

vs.                                                                    Case No.:   3:15-cv-1217-J-34MCR

JEH JOHNSON, SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.
_____/

## AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   ANY IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") OFFICER,

      ANY OFFICER OF THE BAKER COUNTY DETENTION FACITLIY, and

      JAMES FREEMAN/ or the Warden of Baker County Detention Center

      It appearing from the emergency petition of the Respondents that Gjovalin Gjergji, the Petitioner in the above entitled proceeding, is confined in Baker County Detention Facility, but not in the custody of the United States Marshals, and that said proceeding is scheduled on **Thursday, May 5, 2016 at 1:00 p.m.**, and that it is necessary for said Petitioner to be before this Court for the purpose of testifying on his own behalf:

      NOW, THEREFORE, this is to command you, any appropriate officer at ICE or Baker County Detention Facility, that you have the body of said Gjovalin Gjergji now detained in custody as aforesaid, under safe and secure conduct, before this Court at the United States Courthouse, Jacksonville, Florida, on May 5, 2016, by or before 1:00 p.m., for the purpose of testifying in the above proceeding, and upon completion of his

testimony that you return him with all convenient speed, under safe and secure conduct, to the custody of James Freeman or the Warden of Baker County Detention Facility.

And this is to command you, James Freeman, or the Warden of Baker County Detention Facility, to deliver into the custody of any ICE agent, or Baker County Detention Facility officer, upon production to you of a certified copy of this writ, the body of said Gjovalin Gjergji for safe and secure conduct to this district for the purpose aforesaid.

DONE and ORDERED at Jacksonville, Florida this 4th day of May, 2016.

_____
MONTE C. RICHARDSON
United States Magistrate Judge